```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

**CHRIS LANCON**                                              **PLAINTIFF**

**VS.**                        **CIVIL ACTION NO. 3:08-cv-500-WHB-LRA**

**AT&T MOBILITY, LLC**                                        **DEFENDANT**

## ORDER OF DISMISSAL

On March 13, 2009, United States Magistrate Judge Linda R. Anderson entered an Order by which Darryl M. Gibbs and the law firm of Tabor, Chhabra & Gibbs, P.A., were allowed to withdraw as counsel for Plaintiff, Chris Lancon ("Lancon"), and Lancon was granted thirty days within which to (1) notify the Clerk of Court, in writing, that he was representing himself in this litigation, or (2) retain private counsel who would thereafter be required to file a written Notice of Appearance in this case. Lancon was specifically notified that a failure to comply with the Order within the allotted thirty-day period would result in the dismissal of his lawsuit. See Order [Docket No. 24].

On April 21, 2009, Defendant, AT&T Mobility, LLC ("AT&T"), filed a motion seeking, among other things, the dismissal of this lawsuit based on Lancon's failure to either obtain new counsel or inform the Court that he would be representing himself in this case. On that same date, Judge Anderson issued an Order directing Lancon to show cause, on or before May 5, 2009, as to the reason he

failed to comply with the March 13, 2009, Order of the Court. By that Order, Lancon was again specifically notified that a failure to comply with the Order would result in the dismissal of his lawsuit. See Order [Docket No. 27].

To date, Lancon has not responded to the April 21, 2009, Show Cause Order entered by Judge Anderson, and he has neither informed the Clerk of Court that he will be representing himself in this lawsuit nor had an attorney enter a written notice of appearance on his behalf. As Lancon has failed to comply with Judge Anderson's March 13, 2009, and April 21, 2009, Orders, the Court finds that this lawsuit should be dismissed without prejudice in accordance with those Orders.

For the foregoing reasons:

IT IS THEREFORE ORDERED that the Motion of Defendant to Dismiss [Docket No. 26] is hereby granted. This case is hereby dismissed without prejudice to the parties.

IT IS FURTHER ORDERED that the Clerk of Court is directed to place a copy of this Order in the United States Mail addressed to the following:

> Chris Lancon
> 507 Dexter Dr. Apt. D
> Flowood, MS 39232

SO ORDERED this the 13th day of May, 2009.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE